# LEONARD HODGES
## v.
## ELDORA PERCIVAL.

*Master and Servant—Incompetent Servant—Unsafe Elevator—Injury to Third Person—Action for Damages.*

In an action against the owner of a building for damages for a personal injury alleged to have been occasioned by the employment of an incompetent servant and the use of an unsafe elevator, this court declines to interfere with a verdict for the plaintiff.

[Opinion filed April 17, 1889.]

APPEAL from the Superior Court of Cook County; the Hon. JOSEPH E. GARY, Judge, presiding.

Messrs. STILES & LEWIS and SHUMAN & DEFREES, for appellant.

Messrs. BRANDT & HOFFMAN and JOSEPH N. BARKER, for appellee.

*Per Curiam.* This is an appeal from a judgment of $1,500, in favor of appellee and against appellant, for the injury received by the falling of an elevator in appellant's building.

The questions are almost identical with those made in the case of Hodges v. Bearse, decided at the October term of this court and now pending in the Supreme Court, the appellee in that case and appellee in this having been both injured by the same accident. It would be entirely useless for us to state the case and the questions made. We have examined the record and find that the evidence clearly supports the verdict, and there is, in our opinion, no error of law. The judgment will therefore be affirmed.

*Judgment affirmed.*

GARY, J., takes no part in this case in this court.